**FILED**

06/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0609

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0609

ARIANE WITTMAN and JEREMY TAYLEN,

          Appellants,

  -vs-

CITY OF BILLINGS,

          Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

**ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Appellants' Motion and to Montana Rule of Appellate Procedure 26(1), Appellants are granted a thirty-day extension to file their reply brief.

Appellants' reply brief shall be due on or before July 30, 2021.

No further extensions will be granted.

DATED_____, 2021.

By: _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 22 2021